IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **CASE NO:** |
| ) | 4:21-cr-00111-RSB-CLR-3 |
| V. ) | |
| ) | |
| ADAM GARCIA, ) | |
| Defendant ) | |
| ) | |

**ORDER**

Upon consideration of the Motion for Leave of Absence filed by counsel for Adam Garcia in the above-referenced case for the dates listed in this motion, the same is hereby GRANTED.

It is so ORDERED this the 3rd day of January, 2022.

_____
Christopher L. Ray
United States Magistrate Judge

Prepared by:
**E. Jay Abt, Esq.,**
Attorny for Defendant
GA Bar No. 001466

**THE ABT LAW FIRM, LLC**
2295 Parklake Drive
Suite 525
Atlanta, GA 30345
Phone: 678.644.9757;    Fax: 800.256.7054