IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ADAM MATHIAS GARCIA,<br><br>Defendant. | CASE NO.: 4:21-cr-111 |

## O R D E R

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's June 28, 2022 Report and Recommendation, (doc. 538), to which no party has filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. For the reasons discussed by the Magistrate Judge, Defendant Adam Mathias Garcia's Motion to Suppress, (doc. 309), is **DENIED**.

**SO ORDERED**, this 15th day of July, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA